IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:03CR345 |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| JASON RUDDICK, | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's request to amend the nature of his offense, Filing No. 37. The government has responded requesting that this court deny the motion on the basis that this court is without authority to change or alter the crime with which the Grand Jury charged the defendant and to which the defendant pled guilty. Filing No. 38. The court has carefully reviewed the record and agrees with the government.

THEREFORE, IT IS ORDERED that the defendant's motion to amend the nature of his offense, Filing No. 37, is denied.

DATED this 22nd day of September, 2008.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge